UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY PERKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL D. BRAZELTON, et al.,<br><br>    Defendants. | No.  2:16-cv-2935 KJN P<br><br>ORDER |

Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By an order filed December 30, 2016, plaintiff was ordered to file a completed in forma pauperis affidavit or pay the $400.00 filing fee, and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed the required document or paid the filing fee.

In accordance with the above, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated:  February 8, 2017

/perk2935.fifp

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1